EUGENE P. ANTONIADES, Appellant, v. COMPAGNIE GENERALE DE TRANSPORTS TRANSATLANTIQUE, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMOTAG FINANCIAL SERVICE CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order modified by limiting the provisions thereof solely to the securities of the corporate defendants Armotag Financial Service Corporation and Armotag Industrial Loan and Finance Corporation, and as so modified affirmed. No opinion. Settle order on notice. Persent — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MEYER VESELL and SADIE V. LEVY, as Executors, etc., of the Estate of ROSA VESELL, Deceased, and SADIE V. LEVY, Respondents, v. MORANTI & RAYMOND, INC., Appellant, Impleaded with Another, Defendant.— Order modified by allowing items 3, 4, 5 and 6 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STEPHEN H. BUTTS, Respondent, v. SADYE ABRAHAMS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GERTRUDE GROMER, Respondent, v. WOLFGANG GROMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Petition of ALBERT MASSEY to Have Determined and Enforced an Attorney's Lien. ALBERT MASSEY, Respondent, v. WEBSTER E. WOOLWINE, Individually, as Executor of the Estate of DOLLY W. NOBLES, Deceased, and as Administrator c. t. a of the Estate of LAURA B. WOOLWINE, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the matter remitted to Special Term to take proof as to the issues raised. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK V. DONEGAN, Respondent, v. THORVALD OLESEN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GREAT MOMENT CORPORATION, Appellant, v. BENJAMIN S. Moss, Respondent. SKIPPY THEATRE CORPORATION, Respondent, v. GREAT MOMENT CORPORATION and Others, Appellants.— Order modified by providing that the appellant Great Moment Corporation shall remain the plaintiff in the action as consolidated, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.